# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                       16-CR-30128-DRH-2

JASON R. HAMPTON,

    Defendant.

## ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
## (FINAL ORDER OF FORFEITURE)

On January 4, 2018, this Court entered an Order for forfeiture (doc.188) against defendant Jason R. Hampton for the following property which had been seized from the defendant:

**A Ruger LCP .380 caliber automatic, bearing serial number 371437179, and any and all ammunition contained therein or seized therewith.**

The Order further provided that the government would provide an opportunity for persons to claim a legal interest in the property pursuant to 21 U.S.C. § 853(n)(1).

The Court notes that notice was published by the government on an official government website, www.forfeiture.gov, for 30 consecutive days beginning April 20, 2018, and ending May 19, 2018, and that no third party filed a petition within 30 days after the last date of the publication to allege an interest in the property.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), that no third-party petitions were filed and that the United States of America has

clear title to the above-described property that is the subject of the Order of Forfeiture filed on January 4, 2018, (doc.188) namely:

**A Ruger LCP .380 caliber automatic, bearing serial number 371437179, and any and all ammunition contained therein or seized therewith.**

The United States Marshal or the property custodian for the Drug Enforcement Administration shall dispose of the property according to law.

**IT IS SO ORDERED**.

Judge Herndon
2018.07.30
10:28:47 -05'00'

**United States District Judge**